IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TINA MILLER,<br><br>    Defendant. | 4:14PO3000<br><br>ORDER |

Upon motion of the government, this case is dismissed.

IT IS SO ORDERED this 16th day of September, 2015.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge